UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FASTWARE, LLC, a New Jersey Limited Liability Company,<br><br>Plaintiff,<br><br>-vs-<br><br>GOLD TYPE BUSINESS MACHINES, INC., a New Jersey Corporation, and RICHARD PICOLLI,<br><br>Defendants. | CIVIL ACTION NO.: 09-1530<br><br>Hon.<br><br>**ORDER EXTENDING TEMPORARY RESTRAINTS** |

      **THE COURT** having entered an Order to Show Cause on April 2, 2009 in this matter, which included temporary restraints against the Defendants and scheduled a preliminary injunction hearing on April 14, 2009; and the Defendants having requested that the preliminary injunction hearing be adjourned to a later date; and the Honorable Claire C. Cecchi, U.S.M.J having entered an Order dated April 8, 2009 setting a revised schedule; and the Defendants in consideration for an extension of time having consented to the temporary restraining order being extended until the re-scheduled date for the preliminary injunction hearing; and good cause appearing for the entry of the within Order;

      IT IS on this _9th_ day of April 2009 **ORDERED AS FOLLOWS**:

1. With the Defendants' consent, the temporary restraints in the Court's April 2, 2009 Order are hereby extended pursuant to Fed. R. Civ. P. 65(b)(2) through May 1, 2009.

                                                         _____
                                                         HON. JOSE L. LINARES, U.S.D.J.

19880/2